FILED
At Albuquerque NM

MAR 1 6 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>**GABRIEL A. RAMIREZ**,<br><br>   Defendant. | CRIMINAL NO. 16-1026 WJ<br><br>18 U.S.C. § 1703(b): Opening or Destruction of Mail or Newspapers<br><br>#IGAL4544778<br><br>MISDEMEANOR (CLASS A) |

INFORMATION

The United States Attorney charges:

On or about December 30, 2015, in Santa Fe County, in the District of New Mexico, the defendant, **GABRIEL A. RAMIREZ**, improperly and unlawfully opened and destroyed mail not directed to him, lacking authority to do so lawfully.

In violation of 18 U.S.C. § 1703(b).

                    Respectfully Submitted,

                    DAMON P. MARTINEZ
                    United States Attorney

                    EDWARD HAN
                    Assistant United States Attorney
                    P.O. Box 607
                    Albuquerque, NM 87102
                    (505) 346-7274